===============================================================================
**UNITED STATES DISTRICT COURT**     **EASTERN DISTRICT OF TEXAS**
===============================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| | § **CASE NO. 1:09-CR-158-MAC** |
| v. | § § |
| | § § |
| JAMAR DANTRELLE ROSS (2) | § § |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court referred a petition alleging violations of supervised release conditions to United States Magistrate Judge K. Nicole Mitchell at Tyler, Texas, for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence.

At the close of the September 27, 2018, revocation hearing, Defendant, defense counsel and counsel for the government signed a standard form waiving their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's Report, consenting to revocation of supervised release and consenting to the imposition of the sentence recommended in the Report. Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the Report and Recommendation immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the Report of the Magistrate Judge are **ADOPTED**. It is therefore

1

**ORDERED** that Defendant's plea of true to Allegation 3 as set forth in the petition is **ACCEPTED**. Based upon Defendant's plea of true to Allegation 3 in the petition, the Court finds that Defendant violated the conditions of his supervised release. It is further

**ORDERED** that Jamar Dantrelle Ross's supervised release is **REVOKED**. Judgment and commitment will be entered separately, in accordance with the Magistrate Judge's recommendations. It is finally

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of 12 months and 1 day, to run concurrently with the revocation sentence in Case No. 1:00-CR-161-TH, with no further supervised release to follow. The Court recommends service of sentence at FCI Seagoville.

SIGNED at Plano, Texas, this 5th day of October, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE